■ JASON BURLEW et al., Plaintiffs, and RICHARD KATCHUK, Respondent, v TALISMAN ENERGY USA INC., Appellant. (Appeal No. 1.) [939 NYS2d 904]—Appeal from an order of the Supreme Court, Steuben County (Kenneth R. Fisher, J.), entered April 19, 2011 in a breach of contract action. The order, among other things, granted the cross motion of plaintiff Richard Katchuk for partial summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Carni, Lindley and Sconiers, JJ.

■ JASON BURLEW et al., Plaintiffs, and RICHARD KATCHUK, Respondent, v TALISMAN ENERGY USA INC., Appellant. (Appeal No. 2.) [939 NYS2d 898]—Appeal from a judgment of the Supreme Court, Steuben County (Kenneth R. Fisher, J.), entered April 19, 2011 in a breach of contract action. The judgment awarded plaintiff Richard Katchuk the sum of $418,416.64 against defendant.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Carni, Lindley and Sconiers, JJ.